UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD MAHOGANY, JR. | CIVIL ACTION |
| VERSUS | NO. 06-3980 |
| SHERYL MUWWAKKIL ET AL. | SECTION "I" (2) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Richard Mahogany, Jr., which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's Section 1983 complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

**IT IS FURTHER ORDERED** that the state law claims asserted in the complaint are hereby **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c).

**IT IS FURTHER ORDERED** that plaintiff's pending motions, to re-serve a defendant and for declaratory and injunctive relief, Record Doc. Nos. 16, 18 and 22, are hereby **DENIED**.

New Orleans, Louisiana, this \_\_\_\_1st\_\_\_\_ day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE